1  ALEXANDER N. LOFTUS, ESQ. (IL BAR NO. 6303484)
2  alex@stoltlaw.com
   STOLTMANN LAW OFFICES, P.C.
3  233 S. Wacker Street, Suite 8400
4  Chicago, Illinois 60003
   Telephone: (312) 332-4200
5  *Pro Hac Vice*

6
7  MICHAEL J. FABER, ESQ. (CA BAR NO. 89149)
   mfaber@faberlaw.net
8  LAW OFFICES OF MICHEAL J. FABER
   12400 Wilshire Blvd., Ste. 400
9  Los Angeles, California  90025-1030
10 Telephone: 310-442-6610
   *Attorneys for Plaintiff*

11

12 Don Hernandez, Esq.
   dhernandez@zuberlaw.com
13 ZUBER LAWLER & DEL DUCA, LLP
   350 S. Grand Avenue, 32nd Floor
14 Los Angeles, California 90071
   Telephone: (213) 596-5620

15
16
17

18 **IN THE UNITED STATES DISTRICT COURT
   FOR THE CENTRAL DISTRICT OF CALIFORNIA**

19 

| ALEXANDER MIRZA, an individual, | Case No. 2:17-07140-RGK (KSx) |
|---|---|
| Plaintiff, | Hon. R. Gary Klausner |
| v. | **STIPULATION OF DISMISSAL** |
| CACHET HOTEL GROUP LIMITED CAYMAN L.P., a limited partnership; CACHET HOTEL GROUP LIMITED (HK), a limited partnership; and DOES 1-10, | |
| Defendants. | |

1

STIPULATION TO DISMISS                              2:17-07140-RGK

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action shall be dismissed with prejudice and without costs to any party. This Stipulation may be filed with the Clerk of the Court without further notice.

Dated:  February 25, 2019         Stoltmann Law Offices, Law Offices of Michael Faber

                                                   By:  /s/*Alexander N. Loftus*
                                                      Alexander N. Loftus, Esq.
                                                      Michael Faber, Esq.
                                                      Attorneys for Plaintiff

Dated:  February 25, 2019         Zuber Lawler & Del Duca, LLP

                                                   By:  /s/*Don A. Hernandez*
                                                     Don A. Hernandez
                                                     Attorney for Defendants